# UNITED STATES DISTRICT COURT
# THE SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

**IN RE: DAVOL, INC./C.R. BARD, INC., POLYPROPYLENE HERNIA MESH PRODUCTS LIABILITY LITIGATION**

Case No. 2:18-md-2846

Judge Edmund A. Sargus, Jr.
Magistrate Judge Kimberly A. Jolson

**This document relates to:**
*Wilson v. Davol, Inc., et al.*
Case No. 2:22-cv-3934

## ORDER

This matter is before the Court on Defendants' Motion to Dismiss (ECF No. 8), to which Plaintiff's counsel did not respond.  On June 5, 2023, following Plaintiff's death, the Court ordered Plaintiff's counsel to submit a motion to substitute a proper party pursuant to Federal Rule of Civil Procedure 25(a) and Case Management Order No. 36 (Case No. 18-md-2846, ECF No. 660) within thirty days or the case would be dismissed.  (ECF No. 7.)  Plaintiff has not filed a motion to substitute, therefore Defendants' Motion to Dismiss (ECF No. 8) is **GRANTED** and this case is **DISMISSED WITHOUT PREJUDICE**.  The Motion to Compel Plaintiff Profile Form (ECF No. 4) is **DENIED AS MOOT**.

IT IS SO ORDERED.


**1/10/2024**                                                    **s/Edmund A. Sargus, Jr.**
**DATE**                                                        **EDMUND A. SARGUS, JR.**
                                                                    **UNITED STATES DISTRICT JUDGE**